# EXHIBIT A

The Credit Wholesale Company, Inc

## The Credit Wholesale Company, Inc

LUBBOCK TX, U.S.A.

Website: **www.lcwe.net**

Email:



*Disclaimer: All brand names and logos are the property of their owners and are used on this website for identification purposes only. The use of such brand names and logos does not imply product endorsement. Secure technology notation is self-reported by the company and not independently verified by Visa.*

Agents DBA:    [ The Credit Wholesale Company, Inc ▾ ]

### Profile

**Technology:**

**Participation History:**    13 years

**Region of Operation:**    U.S.

## Validation Details

| Service Provider Type | Validation Type | Valid Through Date | Assessor |
|---|---|---|---|
| ISO - MERCHANT | VISA TPA PROGRAM (ISO-M) | N/A | NOT APPLICABLE |

REGISTRY LAST UPDATE: May 31, 2023

### Visa Inc.

About Visa

Careers

Visa Blog + Media Resources

Investor relations

Inclusion + Diversity

Accessibility

### Support

Support Center

Lost or stolen card

Travel support

Contact Visa

### Legal + Privacy

Legal

Privacy

Privacy (Spanish)

Intellectual property rights

Cookie Policy

Visa Rules

### Follow Us



Visit us in another country/region:

[ United States ]



©Copyright 1996-2023. All Rights Reserved.



| Home | Learn More | Search Service Providers |
|------|-----------|--------------------------|

Priority Technology Holdings, Inc.

# Priority Technology Holdings, Inc.

ALPHARETTA GA, U.S.A.

Website:

Email:



Priority
View larger map

Priority

Map Data   Terms of Use

*Disclaimer: All brand names and logos are the property of their owners and are used on this website for identification purposes only. The use of such brand names and logos does not imply product endorsement. Secure technology notation is self-reported by the company and not independently verified by Visa.*

Agents DBA:  [ Priority Technology Holdings, Inc. ▼ ]

## Profile

**Technology:**

**Participation History:**  13 years

**Region of Operation:**  U.S.

# Validation Details

| Service Provider Type | Validation Type | Valid Through Date | Assessor |
|----------------------|-----------------|-------------------|----------|
| ISO - MERCHANT<br>VISANET PROCESSOR<br>MERCHANT SERVICER<br>PAYMENT FACILITATOR<br>THIRD PARTY SERVICER | VISA TPA PROGRAM (ISO-M)<br>PCI DSS | N/A<br>Nov 30, 2023 | NOT APPLICABLE<br>MegaplanIT Holdings LLC |

REGISTRY LAST UPDATE: May 31, 2023

## Visa Inc.
About Visa
Careers
Visa Blog + Media Resources
Investor relations
Inclusion + Diversity
Accessibility

## Support
Support Center
Lost or stolen card
Travel support
Contact Visa

## Legal + Privacy
Legal
Privacy
Privacy (Spanish)
Intellectual property rights
Cookie Policy
Visa Rules

## Follow Us

Visit us in another country/region:

[ United States  ]



©Copyright 1996-2023. All Rights Reserved.