# Exhibit 1

You or your business are eligible to share in a $19,5000,000 settlement if you sign and return the attached claim form or if you submit a claim online at [insert settlement website address] by [insert date fifty-six days after the Notice Datedate]. **The estimated minimum settlement payment is approximately $86 for each eligible call you received from The Credit Wholesale Company, Inc. and could be as high as $5,000 per call**, but you need to submit a claim to receive payment.

[insert Spanish translation of prior paragraph]

Para una notificación en español, visite [insert settlement website address]

**What is this notice about?**

On January 24, 2025[insert date], the United States District Court for the Northern District of California granted preliminary approval of this class action settlement. The Court directed the parties to send this notice. This notice summarizes the proposed settlement. A Long Form Notice, the settlement agreement, and other information can be viewed at [insert settlement website address].

**What is the Lawsuit about?**

The lawsuit, entitled *Aguilar Auto Repair, LLC, et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 3:23-cv-06265 (the "Lawsuit"), alleges that The Credit Wholesale Company, Inc. ("Wholesale") recorded certain calls to California residents without disclosing that the call was being recorded in violation of the California Invasion of Privacy Act. The Lawsuit further alleged that the purpose of these calls was to set appointments to sell credit card processing equipment and services on behalf of Wells Fargo Bank, N.A., Priority Technology Holdings, Inc., and Priority Payment Systems, LLC, all of whom, along with Wholesale, are named as defendants in the Lawsuit. Defendants deny any wrongdoing or liability in connection with the Lawsuit. The Court has not decided who is right.

**How do you get a payment?**

**In order to receive a settlement payment you must complete and sign the attached claim form for yourself or your business and mail it to the settlement administrator, or you can submit your claim online at [insert settlement website address], by the DUE DATE of [insert date fifty-six days after the Notice Dateinsert date].** Settlement payments will only be issued if the proposed settlement is granted final approval by the Court.

**Who is affected?**

You may be eligible to receive a payment if you or your business received a call from Wholesale on a telephone in California between October 22, 2014 and November 17, 2023.

**What are your other options?**

If you do not want to be legally bound by the settlement, you may send a request for exclusion ("opt-out"). You will not receive any money, but you will keep your right to sue Defendants for the claims in this case. If you do not opt-out, you may object to the settlement. You will still be bound by the settlement if your objection is rejected. You cannot ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court denies approval, no settlement payments will be sent out, and the Lawsuit will continue. For details on how to opt-out or object, read the Long Form Notice available at [insert settlement website address]. Opt-outs and objections must be postmarked by [insert date forty-nine days after the Notice Dateinsert date]. The Court will hold a Fairness Hearing on May 20, 2025 at 10:30

am [insert date and time] before the Honorable Lisa J. Cisneros in San Francisco, California to consider whether to approve the settlement, attorneys' fees up to one-third of the settlement fund, costs of approximately $30,000-$35,000, and incentive awards of $7,500 to the two Plaintiffs. These amounts will be deducted from the $19,500,000 settlement fund. You may ask to attend the Fairness Hearing, on your own or through counsel, but you do not have to do so. The date and time of the final approval hearing may change without further notice to the class. You can check to see if the time, manner, or location of the final approval hearing has changed by accessing the Court docket in this case, for a fee, at https://ecf.cand.uscourts.gov or at [insert settlement website address].

**Who are the lawyers for Plaintiffs and class members?**

The following lawyers are serving as Class Counsel: Myron M. Cherry, Jacie C. Zolna, and Benjamin R. Swetland of Myron M. Cherry & Associates, LLC, 30 North LaSalle Street, Suite 2300, Chicago, Illinois 60602. You can contact Class Counsel can be contacted at jzolna@cherry-law.com or (312) 372-2100 if you have questions about the lawsuit or settlement.

2

**CLAIM FORM**

*Aguilar Auto Repair, LLC, et al. v. Wells Fargo Bank, N.A., et al.* Case No. 3:23-cv-06265
United States District Court for the Northern District of California
**Claim ID:**
**PIN Code:**

**INSTRUCTIONS**:  Please sign below and return this Claim Form by mail. No postage is necessary if you detach and mail this postcard Claim Form.

**In order to receive your settlement payment, you must submit your claim no later than [**insert date fifty-six days after the Notice Date~~insert date~~**] by mailing this Claim Form to the settlement administrator or by submitting a claim online at [insert website address].** If your settlement payment is in excess of $600, you will be required by law to submit a Form W9 to the settlement administrator either by mail or secure online portal. In the event your settlement payment is in excess of $600, further instructions will follow on how to submit your Form W9.

Call records reflect that you received at least one call from The Wholesale Credit Company, Inc. between October 22, 2014 and November 17, 2023. By signing below you affirm that you have the authority to submit this Claim Form on behalf of the person or business identified above, and that, to the best of your knowledge, during the timeframe referenced above the person(s) who received calls did so in California.


Dated:_____          Signature: _____