UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUILAR AUTO REPAIR, INC., and CENTRAL COAST TOBACCO CO., LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 23-cv-06265-LJC<br><br>**ORDER MODIFYING START TIME FOR MAY 20, 2025 FINAL APPROVAL HEARING AND GRANTING DEFENDANT WELLS FARGO'S REQUEST TO APPEAR REMOTELY**<br><br>Re: ECF Nos. 88, 90 |

The Court's Order Granting Plaintiff's Motion for Certification of the Settlement and Preliminary Approval of Class Action, ECF No. 88, is modified insofar as it scheduled the May 20, 2025 Final Approval Hearing to begin at 10:30 am. The hearing shall be held at 2:30 pm on May 20, 2025. The hearing on Plaintiffs' Motion for Attorney Fees shall also be set for that same date and time. Plaintiffs shall notify class members by updating the class action website.

In addition, the Court finds good cause to grant Defendant Wells Fargo Bank, N.A's Request to Appear Remotely. ECF No. 90. Defense counsel John W. Peterson shall appear remotely via Zoom at the May 20, 2025 hearing at 2:30 pm.

**IT IS SO ORDERED.**

Dated: April 29, 2025

LISA J. CISNEROS
United States Magistrate Judge